WAUHOPE LYNN, Respondent, *v.* EZRA D. BUSHNELL et al., Defendants.

THE CITY OF NEW YORK et al., Appellants.

*Lynn* v. *Bushnell*, 170 App. Div. 913, affirmed.

(Argued December 7, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. This action was brought under the provisions of the Torrens Land Title Registration Law, otherwise known as article 12 of the Real Property Law, as amended by chapter 627 of the Laws of 1910, to register the title of plaintiff in three certain islands in Jamaica Bay, known respectively as " Old Squaw Marsh," " Big Fishkill Marsh " and " Sails Point Hassock," it being alleged that they were purchased by plaintiff from the state of New York at public auction held by the commissioners of the land office in 1893, when they were knocked down to plaintiff as the highest bidder, and thereupon three separate letters patent were issued by the state to the plaintiff.

*Lamar Hardy,* Corporation Counsel (*William E. C. Mayer* and *Terence Farley* of counsel), for appellants.

*Gilbert Ray Hawes* and *Henry W. Unger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND and McLAUGHLIN, JJ. Not sitting: CRANE, J.